IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00008-LTB-KMT

DONALD CARL McCRANEY,

    Plaintiff,
v.

ARAPAHOE COUNTY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 6 2008

GREGORY C. LANGHAM
    CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated: March 5, 2008

BY THE COURT:


s/ Kathleen M. Tafoya
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00008-LTB-KMT

Donald Carl McCraney
Prisoner No. 74347
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Arapahoe County

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Arapahoe County: AMENDED COMPLAINT FILED 02/13/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/6/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk