IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00008–LTB–KMT

DONALD CARL MCCRANEY,

    Plaintiff,

v.

ARAPAHOE COUNTY,

    Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Request for Defendant(s) Address" (#16, filed March 5, 2008) is DENIED. An order for service of the defendant by the United States Marshal Service was issued on March 5, 2008. Plaintiff will receive notice when counsel for Defendant has entered an appearance.

Dated: March 11, 2008