**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00008-LTB-KMT

DONALD CARL McCRANEY,

    Plaintiff,

v.

ARAPAHOE COUNTY JAIL, and
DR. JANE DOE,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on January 20, 2009 (Doc 28). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Defendant filed Objections to the Recommendation that the dismissal be with prejudice. Accordingly, upon *de novo* review in light of the file and record in this matter, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: February 18, 2009